UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>        Defendants. | No. 3:11-cv-30285-MAP |

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Mark A. Berthiaume as counsel for Defendant Goldman, Sachs & Co.

        Respectfully Submitted,

        /s/ Mark A. Berthiaume
        Mark A. Berthiaume, BBO # 041715
        berthiaumem@gtlaw.com
        Greenberg Traurig, LLP
        One International Place
        Boston, MA 02110
        Tel: (617) 310-6293
        Fax: (617) 310-6001

        *Counsel for Defendant Goldman, Sachs & Co.*

Dated: January 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 27, 2012.

/s/ Mark A. Berthiaume