UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>        Defendants. | No. 3:11-cv-30285-MAP |

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Zachary C. Kleinsasser as counsel for Defendant Goldman, Sachs & Co.

                                                Respectfully Submitted,

                                                /s/ Zachary C. Kleinsasser
                                                Zachary C. Kleinsasser, BBO # 664291
                                                kleinsasserz@gtlaw.com
                                                Greenberg Traurig, LLP
                                                One International Place
                                                Boston, MA 02110
                                                Tel:  (617) 310-6293
                                                Fax:  (617) 310-6001

                                                *Counsel for Defendant Goldman, Sachs & Co.*

Dated:  January 27, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 27, 2012.

                                        /s/ Zachary C. Kleinsasser