UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>   Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>   Defendants. | No. 3:11-cv-30285-MAP |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT GOLDMAN, SACHS & CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Goldman, Sachs & Co., by its undersigned counsel, certifies as follows:

Goldman, Sachs & Co. is an indirectly wholly-owned subsidiary of The Goldman Sachs Group, Inc. ("GS Group"), which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. GS Group has no parent corporation and, to the best of GS Group's knowledge, no publicly held company owns 10% or more of the common stock of GS Group.

DATED: January 31, 2012

/s/ Zachary C. Kleinsasser
Mark A. Berthiaume (BBO #041715)
berthiaumem@gtlaw.com
Zachary C. Kleinsasser (BBO #664291)
kleinsasserz@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6007
Fax: (617) 310-6001

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant Goldman, Sachs & Co.*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 31, 2012.

                                              /s/ Zachary C. Kleinsasser