UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br>      v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>              Defendants. | No. 3:11-cv-30285-MAP |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merrill Lynch, Pierce, Fenner & Smith Inc., by and through its attorneys, Wilmer Cutler Pickering Hale and Dorr LLP, hereby states:

Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. is wholly-owned indirect subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held corporation whose shares are traded on the New York Stock Exchange. Bank of America Corporation has no parent, and no publicly held corporation owns 10% or more of Bank of America Corporation's stock.

Dated:  February 2, 2012

        WILMER CUTLER PICKERING HALE AND DORR LLP

        /s/ Brian J. Boyle Jr._____
Jeffrey B. Rudman (BBO# 433380)
Andrea J. Robinson (BBO# 556337)
Christopher B. Zimmerman (BBO# 653854)
Adam J. Hornstine (BBO# 666296)
Brian J. Boyle Jr. (BBO# 676683)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on February 2, 2012.

            /s/ Brian J. Boyle Jr.
            Brian J. Boyle Jr.