# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>　　　　　　Defendants. | No. 3:11-cv-30285-MAP |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Andrea J. Robinson as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

| | |
|---|---|
| Dated: February 2, 2012 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>/s/ Andrea J. Robinson<br>Jeffrey B. Rudman (BBO# 433380)<br>Andrea J. Robinson (BBO# 556337)<br>Christopher B. Zimmerman (BBO# 653854)<br>Adam J. Hornstine (BBO# 666296)<br>Brian J. Boyle Jr. (BBO# 676683)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br><br>*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on February 2, 2012.

                                            /s/ Andrea J. Robinson
                                            Andrea J. Robinson