UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>　　　　　　　　　Defendants. | No. 3:11-cv-30285-MAP |

## NOTICE OF APPEARANCE

　　　　Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Christopher B. Zimmerman as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

Dated: February 2, 2012
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　AND DORR LLP

　　　　　　　　　　　　　　　　　　/s/ Christopher B. Zimmerman
　　　　　　　　　　　　　　　　　　Jeffrey B. Rudman (BBO# 433380)
　　　　　　　　　　　　　　　　　　Andrea J. Robinson (BBO# 556337)
　　　　　　　　　　　　　　　　　　Christopher B. Zimmerman (BBO# 653854)
　　　　　　　　　　　　　　　　　　Adam J. Hornstine (BBO# 666296)
　　　　　　　　　　　　　　　　　　Brian J. Boyle Jr. (BBO# 676683)
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　Tel: (617) 526-6000
　　　　　　　　　　　　　　　　　　Fax: (617) 526-5000

　　　　　　　　　　　　　　　　　　*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on February 2, 2012.

               /s/ Christopher B. Zimmerman
               Christopher B. Zimmerman