## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  No. 3:11-cv-30285-MAP<br>:<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Jeffrey L. McCormick as counsel for the Defendant, J.P. Morgan Securities LLC.

THE DEFENDANT
J.P. MORGAN SECURITIES LLC,


By    /s/ *Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq., BBO #329740
   jmccormick@robinsondonovan.com
   Direct Fax (413) 452-0327
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658

Dated: February 3, 2012

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of February, 2012.

/s/ *Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq.