**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>               Plaintiff,<br><br>               v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>               Defendants. | No. 3:11-cv-30285-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF
DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

Defendants Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC and RBS Securities Inc. ("Defendants") hereby move for an extension of their time to answer the complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below. Plaintiff, through its undersigned counsel, assents to the motion.

On December 29, 2011, Plaintiff commenced the Action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts. The Action asserts the same cause of action and the same allegations with respect to a subset of the same mortgage-backed securities and offering documents that are at issue in <u>Massachusetts Mutual Life Insurance Co. v. Residential Funding Company, LLC et al.</u>, No. 11-cv-30035 (the "'035 Action"), which Plaintiff filed on February 9, 2011.

By Memorandum and Order entered on February 14, 2012, the Court granted in part and denied in part the motions to dismiss filed in the '035 Action and directed the parties to serve and file within twenty (20) days answers to the complaint in that action and the complaints in the other actions addressed in that Memorandum and Order.

On February 17, 2012, the Court granted the parties' assented-to motion in this Action, providing that Defendants are not required to answer, move or otherwise respond to the Complaint prior to February 24, 2012.

In order to avoid burdening the Court with briefing redundant of the issues resolved by this Court in the '035 Action, counsel for Plaintiff and counsel for Defendants conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1. The arguments asserted in motions to dismiss in the '035 Action shall not be re-briefed in this Action, but shall be preserved for appeal as if such arguments had been presented in this Action, and the Court's decision on such arguments shall apply fully to this Action.

2. Defendants shall answer the Complaint on or before March 30, 2012.

3. By entering into this stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights, claims and defenses, including but not limited to the right to replead or amend the allegations in support of any claims or assert any defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations or any counter-claims that may be available in this Action.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

  2.  Grant such further relief as may be just and proper.

Dated: February 24, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Edward J. McDonough, Jr. | /s/ Jeffrey L. McCormick |
| Edward J. McDonough, Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN, FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | |
| ejm@efclaw.com | *Of Counsel* |
| ses@efclaw.com | Robert H. Baron |
| | Karin DeMasi |
| *Of Counsel* | CRAVATH, SWAINE & MOORE LLP |
| Philippe Z. Selendy | 825 Eighth Avenue |
| Jennifer J. Barrett | New York, New York 10019 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | (212) 474-1000 |
| 51 Madison Avenue, 22nd Floor | *Counsel for Defendant J.P. Morgan Securities LLC* |
| New York, New York 10010-1601 | |
| | /s/ Andrea J. Robinson |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | Jeffrey B. Rudman (BBO 433380) |
| | Andrea J. Robinson (BBO 556337) |
| | Christopher B. Zimmerman (BBO 653854) |
| | Adam J. Hornstine (BBO 666296) |
| | Brian J. Boyle Jr. (BBO 676683) |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | |
| | *Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.* |

/s/ Mark A. Berthiaume
Mark A. Berthiaume (BBO #041715)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6007
Fax: (617) 310-6001

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000

*Counsel for Defendant Goldman, Sachs & Co.*

/s/ Kathy B. Weinman
Kathy B. Weinman, BBO No. 541993
Azure Abuirmeileh, BBO No. 670325
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com) (*pro hac vice* application forthcoming)
Alan Turner (aturner@stblaw.com) (*pro hac vice* application forthcoming)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendants RBS Securities Inc. and Deutsche Bank Securities Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 24th day of February, 2012.

                      _____Jeffrey L. McCormick_____