**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>　　　　Defendants. | Civil Action No. 3:11-30285-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
FOR MASSMUTUAL TO MOVE TO STRIKE CERTAIN DEFENSES
ASSERTED IN DEFENDANTS' ANSWERS, AND
<u>EXTENSION OF TIME FOR DEFENDANTS TO AMEND THEIR ANSWERS</u>**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for an extension of its time to move to strike certain defenses asserted in the answers (the "Answers") filed in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendants Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Inc., J.P. Morgan Securities LLC, and RBS Securities Inc. (collectively, "Defendants"), through their undersigned counsel, assent to this motion.

MassMutual commenced the Action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendants.  On March 30, 2012, Defendants filed their Answers to the Complaint.

MassMutual intends to file a motion to strike certain defenses asserted in the Answers, which is due on or before April 23, 2012 pursuant to Federal Rules of Civil Procedure 6(d) and 12(f).

To allow MassMutual and Defendants sufficient time to meet and confer in an attempt to narrow the defenses that will be the subject of the motion to strike, MassMutual and Defendants have conferred and stipulate and agree, subject to the approval of the Court, as follows:

1.     The time for MassMutual to file a motion to strike certain defenses asserted in the Answers shall be extended up to and including April 27, 2012.

2.     In addition, the time for Defendants to amend their Answers shall be extended up to and including April 25, 2012.  If an amended answer is filed, the time for MassMutual to file any motion to strike shall be further extended up to and including May 9, 2012.  MassMutual and Defendants agree that if an amended answer is filed, MassMutual need not conduct an additional meet and confer prior to filing any motion to strike.

3. Any motion by MassMutual to strike defenses in the Answers or any amended answers shall be briefed according to the following schedule (in addition to the deadlines set forth above for the filing of MassMutual's motion to strike):

    a) Defendants' opposition due 28 days after filing of the motion to strike;

    b) MassMutual shall be afforded the right to a reply brief, which shall be due 14 days after filing of Defendants' opposition.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

DATED: April 20, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Edward J. McDonough Jr. | /s/ Jeffrey L. McCormick |
| Edward J. McDonough Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | (413) 732-2301 |
| ejm@efcla.com | jmccormick@Robinson-Donovan.com |
| ses@efclaw.com | |
| | *Counsel for Defendant J.P. Morgan Securities LLC* |
| *Of Counsel* | |
| Philippe Z. Selendy | |
| Jennifer J. Barrett | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010-1601 | |
| | |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | |

/s/ Jeffrey B. Rudman
_____
Jeffrey B. Rudman (BBO 433380)
Andrea J. Robinson (BBO 556337)
Christopher B. Zimmerman (BBO 653854)
Adam J. Hornstine (BBO 666296)
Brian J. Boyle Jr. (BBO 676683)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.*

/s/ Mark A. Berthiaume
_____
Mark A. Berthiaume (BBO 041715)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6007
Fax: (617) 310-6001

*Counsel for Defendant Goldman, Sachs & Co*


*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel.: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendant Goldman, Sachs & Co*

3

4

|  /s/ Kathy B. Weinman |
|---|

Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone: (617) 371-1000
Facsimile:  (617) 371-1037
kweinman@colorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Defendants RBS Securities Inc.
and Deutsche Bank Securities Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of April, 2012.

              /s/ Edward J. McDonough Jr.
              Edward J. McDonough Jr.