UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff(s)<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br>    Defendant(s) | Civil Action No.  11-30285-MAP |

ORDER OF RECUSAL
April 26, 2012

NEIMAN, U.S.M.J.

  Pursuant to 28 U.S.C. § 455(b)(4), I hereby disqualify myself in all proceedings related to the above-captioned matter.

                 /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                U.S. Magistrate Judge