IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC.,<br><br>　　　　　Defendants. | No. 11-cv-30285-MAP-KPN |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1(D)(3) of the Rules of this Court, undersigned counsel hereby certifies that Defendant Deutsche Bank Securities Inc. and counsel of record from Simpson Thacher & Bartlett LLP conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated May 28, 2012                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Azure Abuirmeileh*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kathy B. Weinman, Esq. BBO #541993
　　　　　　　　　　　　　　　　　　　　　　　　　Azure Abuirmeileh, Esq. BBO #670325
　　　　　　　　　　　　　　　　　　　　　　　　　　kweinman@collorallp.com
　　　　　　　　　　　　　　　　　　　　　　　　　　aabuirmeileh@collorallp.com
　　　　　　　　　　　　　　　　　　　　　　　　　Collora LLP
　　　　　　　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　　　　　　　　Phone (617) 371-1000 Fax (617) 371-1037

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
 Simpson Thacher & Bartlett LLP
 425 Lexington Avenue
 New York, New York 10017
 Phone (212) 455-2000 Fax (212) 455-2502

*/s/ Timothy P. T. Coz*
on behalf of
Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Phone (212) 250-2500

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 28, 2012.

                                                 /s/ *Azure Abuirmeileh*
                                                 Azure Abuirmeileh