**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC.,<br><br>        Defendants. | No. 11-cv-30285-MAP |

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Rules of this Court, undersigned counsel hereby certifies that Defendant RBS Securities Inc. and counsel of record from Simpson Thacher & Bartlett LLP conferred (a) with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 28, 2012

Respectfully submitted,

/s/ Azure Abuirmeileh
Kathy B. Weinman, Esq. BBO #541993
Azure Abuirmeileh, Esq. BBO #670325
  kweinman@collorallp.com
  aabuirmeileh@collorallp.com
Collora LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
Phone (617) 371-1000 Fax (617) 371-1037

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
 Simpson Thacher & Bartlett LLP
 425 Lexington Avenue
 New York, New York 10017
 Phone (212) 455-2000 Fax (212) 455-2502


_on behalf of_
RBS SECURITIES INC.
600 Washington Boulevard
Stamford, Connecticut 06901
Phone (203) 897-2700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 28, 2012.


/s/ *Azure Abuirmeileh*_____
Azure Abuirmeileh