UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>　　　　　Defendants. | No. 3 :11-cv-30285-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that Defendant Goldman, Sachs & Co. and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

| GOLDMAN, SACHS & CO., | GOLDMAN, SACHS & CO. |
|---|---|
| By its counsel, | By: |
| /s/ Zachary C. Kleinsasser | *[signature]* |
| Mark A. Berthiaume, BBO #041715 | Richard J.L. Lomuscio |
| berthiaumem@gtlaw.com | Vice President, Associate General Counsel |
| Zachary C. Kleinsasser, BBO# 664291 | Goldman, Sachs & Co. |
| kleinsasserz@gtlaw.com | |
| GREENBERG TRAURIG, LLP | |
| One International Place | |
| Boston, Massachusetts 02110 | |
| Tel: (617) 310-6000 | |
| Fax: (617) 310-6001 | |

*Of counsel*

Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

Dated: May 25, 2012

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 29, 2012.

                                    /s/ Zachary C. Kleinsasser
                                    Zachary C. Kleinsasser