**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC., </br></br> Defendants. | No. 11-cv-30285-MAP |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Rule 16.1(d)(3) of the Local Rules of this Court, Plaintiff Massachusetts Mutual Life Insurance Company and undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: May 29, 2012           EGAN, FLANAGAN AND COHEN, P.C.

                                              By:   */s/ Edward J. McDonough Jr.*
                                                  Edward J. McDonough Jr. (BBO 331590)
                                                  Stephen E. Spelman (BBO 632089)
                                                  Egan, Flanagan and Cohen, P.C.
                                                  67 Market Street, P.O. Box 9035
                                                  Springfield, Massachusetts  01102
                                                  Telephone:  (413) 737-0260
                                                  Fax:  (413) 737-0121
                                                  ejm@efclaw.com; ses@efclaw.com

                      MASSACHUSETTS MUTUAL LIFE
                      INSURANCE COMPANY

                      By:  */s/ Eleanor P. Williams*
                        Mark Roellig (BBO 669117)
                        Executive Vice President and General Counsel
                        Eleanor P. Williams (BBO 667201)
                        Assistant Vice President & Counsel
                        Massachusetts Mutual Life Insurance Company
                        1295 State Street
                        Springfield, Massachusetts  01111
                        Telephone:  (413) 788-8411
                        Fax:  (413) 226-4268

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of May, 2012.

                              */s/ Edward J. McDonough Jr.*
                              _____
                              Edward J. McDonough Jr.