# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>      Defendants. | No. 3:11-cv-30285-MAP |

## DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned herby certify, in accordance with Local Rule 16.1(D)(3), that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Executed this 29th day of May, 2012.

/s/  Jill Fairbrother
*on behalf of*
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
50 Rockefeller Plaza, NY1-050-07-01
New York, NY 10020

/s/  Andrea J. Robinson
Jeffrey B. Rudman (BBO# 433380)
Andrea J. Robinson (BBO# 556337)
Christopher B. Zimmerman (BBO# 653854)
Adam J. Hornstine (BBO# 666296)
Brian J. Boyle Jr. (BBO# 676683)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on May 29, 2012.

                                                 /s/ Andrea J. Robinson
                                                 Andrea J. Robinson