UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br>       v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br><br>                              Defendants. | Civil Action No. 11-cv-30215 |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Katherine B. Dirks as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

<table>
<tr><td>Dated: July 6, 2012</td><td>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>/s/ Katherine B. Dirks<br>Jeffrey B. Rudman (BBO# 433380)<br>Andrea J. Robinson (BBO# 556337)<br>Christopher B. Zimmerman (BBO# 653854)<br>Adam J. Hornstine (BBO# 666296)<br>Brian J. Boyle Jr. (BBO# 676683)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Katherine B. Dirks (BBO# 673674)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>katherine.dirks@wilmerhale.com<br><br>*Attorneys for defendant* MERRILL LYNCH, PIERCE, FENNER & SMITH INC.</td></tr>
</table>

## CERTIFICATE OF SERVICE

  I hereby certify that on July 6, 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and by email to those indicated as non-registered participants.

            /s/ Katherine B. Dirks
            Katherine B. Dirks