UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>       Defendants. | No. 3 :11-cv-30285-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF YAVAR BATHAEE

Please take notice that Yavar Bathaee hereby withdraws his appearance of record on behalf of Defendant Goldman Sachs & Co. ("Goldman Sachs"). Goldman Sachs continues to be represented by counsel of record from Greenberg Traurig, LLP, One International Place, Boston, MA and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY.

/s/ Yavar Bathaee
Yavar Bathaee
bathaeey@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 291-9395

Dated:  July 11, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 11, 2012.

/s/ Yavar Bathaee