**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC., )<br><br>Defendants. ) | No. 11-cv-30285-MAP |

**JOINT SUBMISSION OF THE STIPULATION AND [PROPOSED] ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

Pursuant to the Court's June 27, 2012 Scheduling Order, the parties have negotiated a joint proposed protective order for the production and exchange of confidential information in this action. They have reached agreement on all but one provision, and they hereby submit their joint proposed protective order without the disputed provision as Exhibit A. The text of the disputed provision proposed by Defendants is set forth in Exhibit B. On July 16, 2012, by 6:00 p.m. Eastern, MassMutual, which opposes inclusion of the disputed provision in the protective order, and Defendants, which favor the inclusion of the disputed provision, will file separate submissions with the Court setting forth their respective positions.

DATED:  July 13, 2012				EGAN, FLANAGAN AND COHEN, P.C.

					By:   */s/ Edward J. McDonough Jr.*
						Edward J. McDonough Jr. (BBO 331590)
						Stephen E. Spelman (BBO 632089)
						Egan, Flanagan and Cohen, P.C.
						67 Market Street, P.O. Box 9035
						Springfield, Massachusetts  01102
						Telephone:  (413) 737-0260
						Fax:  (413) 737-0121
						ejm@efclaw.com; ses@efclaw.com

					MASSACHUSETTS MUTUAL LIFE
					INSURANCE COMPANY

						Mark Roellig (BBO 669117)
						Executive Vice President and General Counsel
						Bernadette Harrigan (BBO 635103)
						Assistant Vice President & Counsel
						Eleanor P. Williams (BBO 667201)
						Assistant Vice President & Counsel
						Massachusetts Mutual Life Insurance Company
						1295 State Street
						Springfield, Massachusetts  01111
						Telephone:  (413) 788-8411
						Fax:  (413) 226-4268
						bharrigan@massmutual.com;

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

2

THE DEFENDANT J.P. MORGAN SECURITIES LLC

By   */s/ Jeffrey L. McCormick*
   Jeffrey L. McCormick, Esq., BBO #329740
      jmccormick@robinsondonovan.com
      Direct Fax (413) 452-0327
   Robinson Donovan, P.C.
   1500 Main Street, Suite 1600
   Springfield, Massachusetts 01115
   Phone (413) 732-2301  Fax (413) 785-4658

   Of Counsel:

   Robert H. Baron (rbaron@cravath.com)
   Karin A. DeMasi (kdemasi@cravath.com)
   J. Wesley Earnhardt (wearnhardt@cravath.com)
      Cravath, Swaine & Moore LLP
      825 Eighth Avenue
      New York, New York 10019
      Phone (212) 474-1000  Fax (212) 474-3700


THE DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INC.


By   */s/ Andrea J. Robinson*
   Jeffrey B. Rudman, Esq., BBO #433380
   Andrea J. Robinson, Esq., BBO #556337
   Christopher B. Zimmerman, Esq., BBO #653854
   Adam J. Hornstine, Esq., BBO #666296
   Brian J. Boyle, Jr., Esq., BBO #676683
      Wilmer Cutler Pickering Hale and Dorr LLP
      60 State Street
      Boston, MA 02109
      Phone (617) 526-6000  Fax (617) 526-5000

THE DEFENDANT DEUTSCHE BANK
SECURITIES INC.

By    */s/ Kathy B. Weinman*
    Kathy B. Weinman, Esq., BBO #541993
    Azure Abuirmeileh, Esq., BBO #670325
      kweinman@collorallp.com
      aabuirmeileh@collorallp.com
    Collora LLP
    600 Atlantic Avenue
    Boston, Massachusetts 02210
    Phone (617) 371-1000  Fax (617) 371-1037

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
   Simpson Thacher @ Bartlett LLP
   425 Lexington Avenue
   New York, New York 10017
   Phone (212) 455-2000  Fax (212) 455-2502


THE DEFENDANT GOLDMAN, SACHS & CO.

By    */s/ Mark A. Berthiaume*
    Mark A. Berthiaume, Esq. BBO #041715
    Zachary C. Kleinsasser, Esq., BBO #664291
      berthiaumem@gtlaw.com
      kleinsasserz@gtlaw.com
    Greenberg Traurig, LLP
    One International Place
    Boston, MA 02110
    Phone (617) 310-6000  Fax (617) 310-6001

Of Counsel:

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Stephanie G. Wheeler (wheelers@sullcrom.com)
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, NY 10004-2498
   Phone (212) 558-4000  Fax (212) 558-3588

THE DEFENDANT RBS SECURITIES INC.

By  */s/ Kathy B. Weinman*
   Kathy B. Weinman, Esq., BBO #541993
   Azure Abuirmeileh, Esq., BBO #670325
     kweinman@collorallp.com
     aabuirmeileh@collorallp.com
   Collora LLP
   600 Atlantic Avenue
   Boston, Massachusetts 02210
   Phone (617) 371-1000  Fax (617) 371-1037

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
  Simpson Thacher @ Bartlett LLP
  425 Lexington Avenue
  New York, New York 10017
  Phone (212) 455-2000  Fax (212) 455-2502

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of July, 2012.

        */s/ Edward J. McDonough Jr.*
        _____
        Edward J. McDonough Jr.