UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                        Plaintiff,<br>      v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>                        Defendants. | Case No. 3:11-cv-30285-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BRIAN BOYLE

Pursuant to Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, Brian J. Boyle Jr. provides notice that he is leaving the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and will cease to act as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") in the above-captioned matter.

This notice is not intended to affect the appearances of any other attorneys, including those other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for the Merrill Lynch.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 26, 2012 | /s/ Brian J. Boyle Jr. |
|  | Jeffrey B. Rudman (BBO# 433380) |
|  | Andrea J. Robinson (BBO# 556337) |
|  | Christopher B. Zimmerman (BBO# 653854) |
|  | Adam J. Hornstine (BBO# 666296) |
|  | Brian J. Boyle Jr. (BBO# 676683) |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 60 State Street |
|  | Boston, MA 02109 |
|  | Tel: (617) 526-6000 |
|  | Fax: (617) 526-5000 |
|  |  |
|  | Katherine B. Dirks (BBO# 673674) |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 7 World Trade Center |
|  | 250 Greenwich Street |
|  | New York, NY 10007 |
|  | Tel: (212) 230-8800 |
|  | Fax: (212) 230-8888 |
|  |  |
|  | *Attorneys for MERRILL LYNCH, PIERCE, FENNER & SMITH INC.* |

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on July 26, 2012.

                                                /s/  Brian J. Boyle Jr.
                                                Brian J. Boyle Jr.

Dated: July 26, 2012