**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC., <br><br> Defendants. | Civil Action No. 3:11-30285-MAP |

**SUPPLEMENTAL DECLARATION OF MOLLY STEPHENS
IN SUPPORT OF THE REPLY OF MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY IN SUPPORT OF ITS MOTION TO COMPEL
FURTHER DISCOVERY RESPONSES**

I, Molly Stephens, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned action. I respectfully submit this declaration in support of MassMutual's Reply in Support of Its Motion to Compel Further Discovery Responses. I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy an excerpt of the transcript of the October 15, 2012 hearing before the Hon. Denise Cote of the United States District Court

1

for the Southern District of New York in *Fed. Housing Fin. Agency v. JPMorgan Chase & Co.*, No. 11 Civ. 6188 (DLC) (S.D.N.Y.), and other Federal Housing Finance Agency ("FHFA") cases.

3.  Attached hereto as Exhibit 2 is a true and correct copy of FHFA's October 9, 2012 letter to the Hon. Denise Cote of the United States District Court for the Southern District of New York requesting leave to file a motion to compel in *Fed. Housing Fin. Agency v. JPMorgan Chase & Co.*, No. 11 Civ. 6188 (DLC) (S.D.N.Y.), and other FHFA cases.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a letter sent by MassMutual to Defendants in this action, dated October 19, 2012.

5.  Attached hereto as Exhibit 4 is a true and correct copy of FHFA's October 18, 2012 letter to the Hon. Denise Cote of the United States District Court for the Southern District of New York summarizing the status of discovery in the various FHFA cases, including the agreement of numerous defendants to produce information relating to RMBS-related investigations and litigations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 22nd day of October, 2012, at Los Angeles, California.

                                            /s/ Molly Stephens
                                            Molly Stephens

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd day of October, 2012.

                                  */s/ Edward J. McDonough Jr.*
                                  _____
                                  Edward J. McDonough Jr.