**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC., <br><br> Defendants. | Civil Action No. 3:11-cv-30285-MAP |

**JOINT REQUEST TO EXTEND THE TIME TO FILE THE PARTIES' JOINT EXPERT PROPOSAL BY ONE BUSINESS DAY**

Plaintiff Massachusetts Mutual Life Insurance Company and Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, and RBS Securities, Inc. (collectively, the "Parties") jointly respectfully request that they be allowed one extra business day to file their joint proposal for expert discovery required by the Court's June 27, 2012 Scheduling Order.  The joint proposal is currently due on October 26, 2012.  Although the Parties have been working diligently to prepare the proposal, they require an extra business day to finalize it.  The Parties therefore respectfully jointly request that the Court permit the proposal for expert discovery to be filed on October 29, 2012 instead of October 26, 2012.

DATED:  October 25, 2012    Respectfully submitted,

PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By:   /s/ Edward J. McDonough
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts  01102
Telephone:  (413) 737-0260
Fax:  (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor

1

      New York, NY 10010
      (212) 849-7000
      Fax (212) 849-7100

      A. William Urquhart (admitted *pro hac vice*)
      Harry A. Olivar, Jr. (admitted *pro hac vice*)
      Molly Stephens (admitted *pro hac vice*)
      865 South Figueroa Street, 10th Floor
      Los Angeles, CA 90017
      (213) 443-3000
      Fax (213) 443-3100


DEFENDANT J.P. MORGAN SECURITIES LLC

By  /s/ Jeffrey L. McCormick
   Jeffrey L. McCormick, Esq., BBO #329740
     jmccormick@robinsondonovan.com
     Direct Fax (413) 452-0327
   Robinson Donovan, P.C.
   1500 Main Street, Suite 1600
   Springfield, Massachusetts 01115
   Phone (413) 732-2301  Fax (413) 785-4658

Of Counsel:

Robert H. Baron (rbaron@cravath.com)
Karin A. DeMasi (kdemasi@cravath.com)
J. Wesley Earnhardt (wearnhardt@cravath.com)
  Cravath, Swaine & Moore LLP
  825 Eighth Avenue
  New York, New York 10019
  Phone (212) 474-1000  Fax (212) 474-3700


DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INC.


By  /s/ Jeffrey B. Rudman
   Jeffrey B. Rudman, Esq., BBO #433380
   Andrea J. Robinson, Esq., BBO #556337
   Christopher B. Zimmerman, Esq., BBO #653854
   Adam J. Hornstine, Esq., BBO #666296
   Brian J. Boyle, Jr., Esq., BBO #676683
    Wilmer Cutler Pickering Hale and Dorr LLP

2

    60 State Street
    Boston, MA 02109
    Phone (617) 526-6000  Fax (617) 526-5000


DEFENDANT DEUTSCHE BANK SECURITIES INC.


By  /s/ Kathy B. Weinman
    Kathy B. Weinman, Esq., BBO #541993
    Azure Abuirmeileh, Esq., BBO #670325
      kweinman@collorallp.com
      aabuirmeileh@collorallp.com
    Collora LLP
    100 High Street
    Boston, Massachusetts 02110
    Phone (617) 371-1000  Fax (617) 371-1037

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
  Simpson Thacher & Bartlett LLP
  425 Lexington Avenue
  New York, New York 10017
  Phone (212) 455-2000  Fax (212) 455-2502


DEFENDANT GOLDMAN, SACHS & CO.


By  /s/ Mark A. Berthiaume
    Mark A. Berthiaume, Esq. BBO #041715
    Zachary C. Kleinsasser, Esq., BBO #664291
      berthiaumem@gtlaw.com
      kleinsasserz@gtlaw.com
    Greenberg Traurig, LLP
    One International Place
    Boston, MA 02110
    Phone (617) 310-6000  Fax (617) 310-6001

Of Counsel:

Richard H. Klapper (klapperr@sullcrom.com)

    Theodore Edelman (edelmant@sullcrom.com)
    David M.J. Rein (reind@sullcrom.com)
      Sullivan & Cromwell LLP
      125 Broad Street
      New York, NY 10004-2498
      Phone (212) 558-4000  Fax (212) 558-3588


DEFENDANT RBS SECURITIES INC.


By   /s/ Kathy B. Weinman
    Kathy B. Weinman, Esq., BBO #541993
    Azure Abuirmeileh, Esq., BBO #670325
      kweinman@collorallp.com
      aabuirmeileh@collorallp.com
    Collora LLP
    100 High Street
    Boston, Massachusetts 02110
    Phone (617) 371-1000  Fax (617) 371-1037

Of Counsel:

    Thomas C. Rice (trice@stblaw.com)
    David J. Woll (dwoll@stblaw.com)
    Alan Turner (aturner@stblaw.com)
      Simpson Thacher & Bartlett LLP
      425 Lexington Avenue
      New York, New York 10017
      Phone (212) 455-2000  Fax (212) 455-2502

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26th day of October, 2012.

          */s/ Edward J. McDonough Jr.*
          _____
          Edward J. McDonough Jr.