# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 09/12/2011
INDEX NO. 650705/2010
NYSCEF DOC. NO. 103
RECEIVED NYSCEF: 09/12/2011
Case 3:11-cv-30285-MAP Document 92-3 Filed 10/29/12 Page 2 of 3

p. 1 of 2

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Assured Guaranty

Plaintiff(s),

-against-

DB Structured Products

Defendant(s).

INDEX NO. 650705/2010-E

IAS PART 54

ORDER

On _____, 20__, a conference was held [by letters] in this case. The parties appeared as follows:

Plaintiff(s) π by Erik Haas, Esq

Defendant(s) Greenpoint, DB Structured Prods & Ace Securities by James K. Goldfarb, Noreen A. Kelly-Najah

The Court has determined that the Court's Case Management Order of _____, 20__ has not been complied with in that _____

Based on letters dated 8/9/11 (π); 8/23/11 (DB&Ace) & 8/23/11 GreenPoint

Accordingly, it is ORDERED that 1) π must respond to discovery demands asking for identification of the loans that allegedly breached contractual representations & warranties that are the basis of π's contractual claims; 2) π's request for the court to receive briefs on statistical sampling for proving

Enter:

JUSTICE SHIRLEY WERNER KORNREICH
J.S.C.

Dated: 9/7/11

TS-13c (rev 2/1/93)

ASSURED GUARANTY v DB STRUCTURED PRODS
650705/10

## PRELIMINARY CONFERENCE ORDER

**X. ADDITIONAL DIRECTIVES:** its case at trial is denied as premature. π has not yet obtained an expert review of the loans (GreenPoint Letter, Exh A, 7/6/11 Letter from π's Counsel). Thus, π's request is based on a hypothetical method of statistical sampling. In the absence of an expert report explaining the method used to select the "representative" sample with certain "characteristics", there is no foundation laid for the admissibility of the evidence. Parker v. Mobil Oil Corp., 7 NY3d 434 (2006).

**X. ADDITIONAL DIRECTIVES**

SC-8F (REV 2/86)