# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES INC.,<br><br>        Defendants. | Civil Action No. 3:11-30285-MAP |

### UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' CROSS-MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to Local Rule 7.1(b)(3), Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, and RBS Securities Inc. (collectively, "Defendants") respectfully request leave of this Court to file a reply in support of Defendants' Cross-Motion to Compel Discovery Responses on or before November 13, 2012. In support of their request, Defendants state as follows:

1. On October 16, 2012, Defendants filed their Cross-Motion to Compel Discovery Responses (the "Cross-Motion"). (Docket Entry No. 81).

2. On October 30, 2012, Massachusetts Mutual Life Insurance Company ("MassMutual") filed an opposition to the Cross-Motion (the "Opposition"), as well as a Declaration in support of the Opposition. (Docket Entry No. 93).

3. Counsel for MassMutual consents to this Motion. MassMutual had previously agreed that it would not oppose Defendants' request for leave to file a reply on or before

November 6, 2012.  In light of the severe disruptions caused by Hurricane Sandy to certain of the Defendants' counsel, MassMutual consented to a one-week extension of time for Defendants to file a reply on or before November 13, 2012.

WHEREFORE, Defendants respectfully request that the Court grant leave to file a reply to the Opposition on or before November 13, 2012.


Dated: November 7, 2012
      Boston, Massachusetts

Respectfully submitted,

By:   */s/ Mark A. Berthiaume*

Mark A. Berthiaume (BBO No. 041715)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6007
Fax: (617) 310-6001
berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (klapperr@sullcrom.com)
(admitted *pro hac vice*)
David M.J. Rein (reind@sullcrom.com)
(admitted *pro hac vice*)
Jordan T. Razza (razzaj@sullcrom.com)
(admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Attorneys for Defendant Goldman, Sachs & Co.*

-3-

By:     */s/ Kathy B. Weinman*

    Kathy B. Weinman (BBO No. 541993)
    Azure Abuirmeileh (BBO No. 670325)
    COLLORA LLP
    100 High Street
    Boston, Massachusetts 02110
    Telephone: (617) 371-1000
    Fax: (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

    Of Counsel:

    Thomas C. Rice (trice@stblaw.com)
    (admitted *pro hac vice*)
    David J. Woll (dwoll@stblaw.com)
    (admitted *pro hac vice*)
    Alan Turner (aturner@stblaw.com)
    (admitted *pro hac vice*)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 455-2000
    Fax: (212) 455-2502

    *Attorneys for RBS Securities Inc. and Deutsche Bank Securities Inc.*


By:     */s/ Jeffrey L. McCormick*

    Jeffrey L. McCormick, Esq. (BBO No. 329740)
    ROBINSON DONOVAN, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Telephone: (413) 732-2301
    Fax: (413) 785-4658
    jmccormick@robinsondonovan.com

Of Counsel:

Robert H. Baron (rbaron@cravath.com)
(admitted *pro hac vice*)
Karin A. DeMasi (kdemasi@cravath.com)
(admitted *pro hac vice*)
J. Wesley Earnhardt (wearnhardt@cravath.com)
(admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for J.P. Morgan Securities LLC*


By: ___/s/ Andrea J. Robinson___

Jeffrey B. Rudman (BBO No. 433380)
Andrea J. Robinson (BBO No. 556337)
Christopher B. Zimmerman (BBO No. 653854)
Adam J. Hornstine (BBO No. 666296)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
christopher.zimmerman@wilmerhale.com
adam.hornstine@wilmerhale.com

Katherine B. Dirks (BBO No. 673674)
WILMER CUTLER PICKING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
katherine.dirks@wilmerhale.com

*Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the parties met and conferred. MassMutual assents to this Motion.

Dated: November 7, 2012          /s/ *Mark A. Berthiaume*
                                 Mark A. Berthiaume

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NE) and paper copies will be sent to those indicated as nonregistered participants on November 7, 2012.

Dated: November 7, 2012          /s/ *Mark A. Berthiaume*
                                 Mark A. Berthiaume