**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC., <br><br> Defendants. | Civil Action No. 3:11-30285-MAP |

**NOTICE OF BANKRUPTCY FILINGS**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby submits for the Court's record the following motion and supporting documents seeking third-party discovery from the debtors in the bankruptcy action captioned *In re Residential Capital, LLC, et al.* (No. 12-12020), pending in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Action"), and relief from the stay imposed by the Bankruptcy Court's *Memorandum Opinion and Order Denying the Motions of the Federal Housing Finance Agency and Underwriter Defendants to Compel Document Discovery from the Debtors*" [Dkt No. 1813] (the "FHFA Order"):

1.  "Notice Of Hearing On Motion Of Massachusetts Mutual Life Insurance Company Seeking Limited Discovery From The Debtors And Relief From Stay Imposed By The FHFA Order," filed on December 20, 2012 in the Bankruptcy Action.  *See* Exhibit A.

2. "Motion Of Massachusetts Mutual Life Insurance Company Seeking Limited Discovery From The Debtors And Relief From Stay Imposed By The FHFA Order," filed on December 20, 2012 in the Bankruptcy Action. *See* Exhibit B.

3. "Declaration Of Jennifer J. Barrett In Support Of The Motion Of Massachusetts Mutual Life Insurance Company Seeking Limited Discovery From The Debtors And Relief From Stay Imposed By The FHFA Order," filed on December 20, 2012 in the Bankruptcy Action. *See* Exhibit C.

4. "[Proposed] Order Granting Motion Of Massachusetts Mutual Life Insurance Company Seeking Limited Discovery From The Debtors And Relief From Stay Imposed By The FHFA Order," filed on December 20, 2012 in the Bankruptcy Action. *See* Exhibit D.

MassMutual will update the Court when additional orders are entered in the Bankruptcy Action that affect this action.

DATED:  December 20, 2012

        MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

        By:  */s/ Edward J. McDonough Jr.*
        Edward J. McDonough Jr. (BBO 331590)
        Stephen E. Spelman (BBO 632089)
        Egan, Flanagan and Cohen, P.C.
        67 Market Street, P.O. Box 9035
        Springfield, Massachusetts  01102
        Telephone:  (413) 737-0260
        Fax:  (413) 737-0121
        ejm@efclaw.com; ses@efclaw.com

        Of counsel:

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac vice*)
Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of December, 2012.

                                    */s/ Edward J. McDonough Jr.*
                                    _____
                                    Edward J. McDonough Jr.