UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC.,<br><br>Defendants. | No. 11-cv-30285-MAP |

## STIPULATION [AND PROPOSED ORDER] CONCERNING THE APPLICABILITY TO THIS ACTION OF MAGISTRATE JUDGE NEIMAN'S OCTOBER 17, 2012 ORDER REGARDING PLAINTIFF'S MOTION TO STRIKE CERTAIN DEFENSES

WHEREAS, on April 26, 2012, Magistrate Judge Neiman recused himself from the above-captioned matter (the "Action") (Dkt. No. 43);

WHEREAS, on May 9, 2012, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") filed a Motion to Strike Certain Purported Defenses (the "Motion") (Dkt. No. 47) set forth in Defendants' respective April 25, 2012 Amended Answers in this Action (Dkt. Nos. 37-41);

WHEREAS, MassMutual filed similar motions to strike in nine other actions in this Court that are being overseen for discovery purposes by Magistrate Judge Neiman (*see* Dkt. No. 84 in the 3:11-cv-30035 action; Dkt. No. 66 in the 3:11-cv-30039 action; Dkt. No. 56 in the 3:11-cv-30044 action; Dkt. No. 60 in the 3:11-cv-30047 action;

107

Dkt. No. 80 in the 3:11-cv-30048 action; Dkt. No. 119 in the 3:11-cv-30094 action; Dkt. No. 97 in the 3:11-cv-30126 action; Dkt. No. 43 in the 3:11-cv-30127 action; and Dkt. No. 44 in the 3:11-cv-30141 action);

WHEREAS, on June 27, 2012, this Court referred all motions to strike to Magistrate Judge Neiman for ruling "[t]o the extent Judge Neiman has not recused himself" (Dkt. No. 60, at 4);

WHEREAS, on October 17, 2012, Magistrate Judge Neiman issued a Memorandum and Order With Regard to Massachusetts Mutual Life Insurance Company's Motions to Strike (the "October 17 Order");

WHEREAS, on December 4, 2012, Magistrate Judge Neiman stated that the October 17 Order did not apply to this Action because he had previously recused himself from this Action, and proposed that the parties in this Action submit a stipulation to the Court agreeing that the October 17 Order will apply to the defenses asserted in Defendants' Amended Answers in this Action;

IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, AND SO ORDERED BY THE COURT, as follows:

1.  The holding of the October 17 Order shall apply fully to the defenses asserted in Defendants' Amended Answers in this Action.

2.  As a result, the October 17 Order shall apply to this Action as follows:

3. The Motion is allowed as to those portions of the Sixth, Eighth, Twelfth and Fourteenth Defenses of J.P. Morgan Securities LLC's ("J.P. Morgan") Amended Answer (Dkt. No. 38) that MassMutual challenged, and is otherwise denied as to J.P. Morgan;

4. The Motion is allowed as to those portions of the Fifth, Sixth and Twenty-Seventh Defenses of Merrill Lynch, Pierce, Fenner & Smith Inc.'s ("Merrill Lynch") Amended Answer (Dkt. No. 39) that MassMutual challenged, and is otherwise denied as to Merrill Lynch;

5. The Motion is allowed as to those portions of the Eleventh, Twelfth, Nineteenth and Twentieth Defenses of Deutsche Bank Securities Inc.'s ("Deutsche Bank") Amended Answer (Dkt. No. 40) that MassMutual challenged, and is otherwise denied as to Deutsche Bank;

6. The Motion is allowed as to those portions of the Eleventh, Twelfth, Nineteenth and Twentieth Defenses of RBS Securities Inc.'s ("RBS") Amended Answer (Dkt. No. 41) that MassMutual challenged, and is otherwise denied as to RBS;

7. The Motion is allowed as to those portions of the Tenth, Eighteenth and Twentieth Defenses of Goldman, Sachs & Co.'s ("Goldman Sachs") Amended Answer (Dkt. No. 37) that MassMutual challenged, and is otherwise denied as to Goldman Sachs.

8. The parties shall have the same rights to appeal, or to seek reconsideration or modification of, this Order as the October 17 Order and by stipulating to this Order the parties do not extinguish or modify any such rights.

SO ORDERED this 26th day of December, 2012

*[signature]*

Honorable Michael A. Ponsor
United States District Judge


Dated: December 20, 2012

By  /s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO #329740)
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Telephone: (413) 732-2301
Fax: (413) 785-4658
jmccormick@robinsondonovan.com

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
rbaron@cravath.com
kdemasi@cravath.com
wearnhardt@cravath.com

*Counsel for Defendant J.P. Morgan Securities LLC*

4

By  /s/ *Andrea J. Robinson*
   Jeffrey B. Rudman (BBO #433380)
   Andrea J. Robinson (BBO #556337)
   Christopher B. Zimmerman (BBO #653854)
    WILMER CUTLER PICKERING HALE AND
    DORR LLP
    60 State Street
    Boston, MA 02109
    Phone (617) 526-6000
    Fax (617) 526-5000
    jeffrey.rudman@wilmerhale.com
    andrea.robinson@wilmerhale.com
    christoper.zimmerman@wilmerhale.com

*Counsel for Defendant Merrill Lynch, Pierce,
Fenner & Smith Inc.*


By  /s/ *Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone: (617) 371-1000
    Fax:  (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 455-2000
   Fax: (212) 455-2502
   trice@stblaw.com
   dwoll@stblaw.com
   aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities
Inc. and RBS Securities Inc.*

By  /s/ *Mark A. Berthiaume*
   Mark A. Berthiaume (BBO #041715)
   GREENBERG TRAURIG, LLP
   One International Place
   Boston, Massachusetts 02110
   Telephone: (617) 310-6007
   Fax: (617) 310-6001
   berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By  /s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO #331590)
Stephen E. Spelman (BBO #632089)
 EGAN, FLANAGAN AND COHEN, P.C.
 67 Market Street, P.O. Box 9035
 Springfield, Massachusetts 01102
 Telephone: (413) 737-0260
 Fax: (413) 737-0121
 ejm@efclaw.com; ses@efclaw.com

Of Counsel:

Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
 QUINN EMANUEL URQUHART &
 SULLIVAN LLP
 51 Madison Avenue, 22nd Floor
 New York, NY 10010
 Telephone: (212) 849-7000
 Fax: (212) 849-7100


A. William Urquhart (admitted *pro hac vice*)
Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
 QUINN EMANUEL URQUHART &
 SULLIVAN LLP
 865 South Figueroa Street, 10th Floor
 Los Angeles, CA 90017
 Telephone: (213) 443-3000
 Fax: (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of December, 2012.

*/s/ Jeffrey L. McCormick*
Jeffrey L. McCormick, Esq.