```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS MUTUAL LIFE       )
INSURANCE COMPANY,              )
          Plaintiff             )
                                )
          v.                    ) C.A. No. 11-cv-30285-MAP
                                )
MERRILL LYNCH, PIERCE, FENNER   )
& SMITH, INC., ET AL,           )
          Defendants            )
```

## ORDER OF REFERRAL

January 3, 2013

PONSOR, U.S.D.J.

Plaintiff has filed a Motion to Compel (Dkt. No. 73) and Defendants have filed a Cross-Motion to Compel (Dkt. No. 81). Ordinarily, non-dispositive motions of this sort would be referred to Magistrate Judge Kenneth P. Neiman. In this case, however, Judge Neiman has recused himself. The court therefore hereby orders transfer of these two motions to Boston to be drawn to an appropriate Magistrate Judge for ruling. The Magistrate Judge may rule on these motions on the papers, or may set the motions for a hearing.

It is So Ordered.

```
                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         United States District Judge
```