IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INC.; DEUTSCHE BANK
SECURITIES INC.; GOLDMAN, SACHS &
CO., INC; J.P. MORGAN SECURITIES LLC;
and RBS SECURITIES INC.,

    Defendants.

Civil Action No. 3:11-30285-MAP

### MASSMUTUAL'S REQUEST FOR CLARIFICATION REGARDING A TERM OF THE ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION

DENIED, as unnecessary. The point at issue has been clarified by Magistrate Judge Neiman's ruling on the same issue in the related cases. See, e.g., Docket No. 112 in 11-cv-30035. This court hereby adopts his resolution in this case. So ordered.

/ Michael A. Ponsor  USDJ  1·3·13