UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>     Defendants. | No. 3:11-cv-30285-MAP |

**NOTICE OF APPEARANCE**

  Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Darren Griffis as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

| | |
|---|---|
| Dated:  January 10, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>/s/ Darren Griffis<br>Jeffrey B. Rudman (BBO# 433380)<br>Andrea J. Robinson (BBO# 556337)<br>Christopher B. Zimmerman (BBO# 653854)<br>Adam J. Hornstine (BBO# 666296)<br>Darren Griffis (BBO# 675627)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br><br>Katherine B. Dirks (BBO# 673674)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.* |

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on January 10, 2013.

                                    /s/ Darren Griffis
                                    Darren Griffis