## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                       Plaintiff,<br><br>         v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>                   Defendants. | No. 3:11-cv-30285-MAP |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Harriet Hoder as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

Dated:  January 30, 2013

WILMER CUTLER PICKERING HALE
AND DORR LLP

/s/ Harriet Hoder
Jeffrey B. Rudman (BBO# 433380)
Andrea J. Robinson (BBO# 556337)
Christopher B. Zimmerman (BBO# 653854)
Adam J. Hornstine (BBO# 666296)
Darren Griffis (BBO# 675627)
Harriet Hoder (BBO# 679416)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Katherine B. Dirks (BBO# 673674)
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for defendant MERRILL LYNCH,
PIERCE, FENNER & SMITH INC.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on January 30, 2013.

/s/ Harriet Hoder
Harriet Hoder