UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; AND RBS SECURITIES, INC.,<br><br>Defendants. | No. 11-cv-30285-MAP-RBC |

## JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER MODIFYING THE JUNE 27, 2012 SCHEDULING ORDER

This matter comes before the Court by Stipulation of Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendants in the above-captioned action (collectively, "Defendants") seeking an Order modifying the June 27, 2012 Scheduling Order. MassMutual and Defendants agree that additional time is required for discovery for reasons beyond the parties' control, including complexities arising from the bankruptcy of the sponsor and depositors of the securitizations at issue, the fact that final collateral files relating to the loans in the securitizations were not produced until January 18, 2013, ongoing non-party discovery, and the fact that motions to compel remain pending, as well as to permit continued party document discovery.

IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to the approval of the Court, that the remaining dates in the June 27, 2012 Scheduling Order (Dkt. No. 60) will be modified as follows:

1. A joint proposal for deposition discovery will be filed by May 3, 2013.
2. Document discovery will be substantially completed by June 28, 2013.
3. Non-expert depositions will be completed by December 27, 2013.
4. Plaintiff's affirmative expert reports will be due by January 31, 2014.
5. Defendants' expert reports will be due by May 16, 2014.
6. Plaintiff's rebuttal expert reports will be due by June 27, 2014.
7. Expert discovery will be completed and all discovery will close by August 29, 2014.
8. Motions for summary judgment will be filed by October 24, 2014 and opposed by November 21, 2014.  Reply briefs, if necessary, may be filed by December 19, 2014.

IT IS SO ORDERED.

Dated:  _____, 2013

                                                   Michael A. Ponsor
                                                   United States District Judge

Dated:  January 31, 2013 Respectfully Submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By: */s/ Edward J. McDonough Jr.*
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts  01102
Telephone:  (413) 737-0260
Fax:  (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac vice*)
Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

By  */s/ Jeffrey L. McCormick*
   Jeffrey L. McCormick (BBO #329740)
   ROBINSON DONOVAN, P.C.
   1500 Main Street, Suite 1600
   Springfield, Massachusetts 01115
   Telephone: (413) 732-2301
   Fax: (413) 785-4658
   jmccormick@robinsondonovan.com

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, NY 10019
   Telephone: (212) 474-1000
   Fax: (212) 474-3700
   rbaron@cravath.com
   kdemasi@cravath.com
   wearnhardt@cravath.com

*Counsel for Defendant J.P. Morgan Securities LLC*

By  */s/ Jeffrey B. Rudman*
   Jeffrey B. Rudman (BBO #433380)
   Andrea J. Robinson (BBO #556337)
   Christopher B. Zimmerman (BBO #653854)
   WILMER CUTLER PICKERING HALE AND
   DORR LLP
   60 State Street
   Boston, MA 02109
   Phone (617) 526-6000
   Fax (617) 526-5000
   jeffrey.rudman@wilmerhale.com
   andrea.robinson@wilmerhale.com
   christoper.zimmerman@wilmerhale.com

*Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.*

By   */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone: (617) 371-1000
    Fax: (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 455-2000
   Fax: (212) 455-2502
   trice@stblaw.com
   dwoll@stblaw.com
   aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc. and RBS Securities Inc.*

By   */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
     GREENBERG TRAURIG, LLP
     One International Place
     Boston, Massachusetts 02110
     Telephone: (617) 310-6007
     Fax: (617) 310-6001
     berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, NY 10004-2498
  Telephone: (212) 558-4000
  Fax: (212) 558-3588
  klapperr@sullcrom.com
  reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31th day of January, 2013.

                                    */s/ Edward J. McDonough Jr.*
                                    _____
                                    Edward J. McDonough Jr., Esq.