IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) MERRILL LYNCH, PIERCE, FENNER & ) SMITH INC.; DEUTSCHE BANK ) SECURITIES INC.; GOLDMAN, SACHS & ) CO., INC; J.P. MORGAN SECURITIES LLC; ) and RBS SECURITIES INC., ) ) ) Defendants. ) | Civil Action No. 3:11-30285-MAP-RBC |

**JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER FOR ADOPTION IN THIS ACTION OF MAGISTRATE NEIMAN'S MARCH 5, 2013 MEMORANDUM AND ORDER WITH REGARD TO PLAINTIFF'S MOTIONS FOR DETERMINATION ON ITS EXPERT DISCOVERY SCHEDULE**

WHEREAS, on October 29, 2012, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual" or "Plaintiff") and defendants Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC and RBS Securities Inc. (collectively, "Defendants") submitted a Joint Statement Regarding Proposal for Expert Discovery, in which MassMutual requested an order setting a schedule for an early determination of issues related to a sampling methodology.  (Dkt. No. 92.)  Defendants opposed MassMutual's request.  (*Id.*)  An order has not yet been issued in connection with the Joint Statement;

1

WHEREAS, on February 11, 2013, in the eight MassMutual actions referred to Magistrate Judge Neiman,[1] MassMutual filed a Motion for an Order Setting a Schedule for an Early Determination of Sampling Issues, with MassMutual and defendants in those actions simultaneously submitting Competing Statements Regarding Plaintiff's Motion for Determination on Its Expert Discovery Proposal. (*See*, *e.g.*, Case No. 11-cv-30039, Dkt. Nos. 112, 113.);

WHEREAS, on March 5, 2013, in the eight actions, Magistrate Judge Neiman issued a Memorandum and Order With Regard To Plaintiff's Motions For Determination On Its Expert Discovery Schedule. (*See, e.g.*, Case No. 11-cv-30039, Dkt. 117 (the "March 5, 2013 Order").) As part of that ruling, Magistrate Judge Neiman set the following schedule:

  i. Plaintiff shall designate and disclose information regarding its sampling experts in accord with FED. R. CIV. P. 26(a)(2) by April 12, 2013.

  ii. Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 21, 2013. By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with FED. R. CIV. P. 26(a)(2).

  iii. Plaintiff, if it wishes, may take Defendant's expert deposition and file its opposition to Defendants' *Daubert* motion by June 18, 2013, to which Defendants may reply by July 2, 2013.

  iv. The *Daubert* hearing shall take place on July 11, 2013, at 10:00 a.m. before Judge Ponsor.

---

[1] The eight actions are: (i) *MassMutual v. DB Structured Products, Inc., et al.*, Case No. 11-cv-30039-MAP; (ii) *MassMutual v. RBS Financial Products Inc., et al.*, Case No. 11-cv-30044-MAP; (iii) *MassMutual v. DLJ Mortgage Capital, Inc., et al.*, Case No. 11-cv-30047-MAP; (iv) *MassMutual v. Credit Suisse First Boston Mortgage Securities Corp., et al.*, Case No. 11-cv-30048-MAP; (v) *MassMutual v. JPMorgan Chase Bank, NA, et al.*, Case No. 11-cv-30094-MAP; (vi) *MassMutual v. Goldman Sachs Mortgage Company, et al.*, Case No. 11-cv-30126-MAP; (vii) *MassMutual v. Impac Funding Corporation, et al.*, Case No. 11-cv-30127-MAP; and (viii) *MassMutual v. HSBC Bank, USA, National Association, et al.*, Case No. 11-cv-30141-MAP.

WHEREAS, MassMutual and Defendants agree that, to conserve the resources of the parties and the Court, the March 5, 2013 Order shall apply in its entirety to this action, including the schedule set forth in the Order.

IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court:

1. The March 5, 2013 Order shall apply in its entirety to this action;

2. Plaintiff shall designate and disclose information regarding its sampling experts in accord with FED. R. CIV. P. 26(a)(2) by April 12, 2013;

3. Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 21, 2013. By said date, Defendants also shall designate and disclose information regarding their sampling expert(s), if any, in accord with FED. R. CIV. P. 26(a)(2);

4. Plaintiff, if it wishes, may take Defendants' expert(s) deposition and file its opposition to Defendants' *Daubert* motion by June 18, 2013, to which Defendants may reply by July 2, 2013;

5. The *Daubert* hearing shall take place on July 11, 2013, at 10:00 a.m. before Judge Ponsor.

6. The parties shall have the same rights to appeal, or to seek reconsideration or modification of, this Order as the March 5, 2013 Order and by stipulating to this Order, the parties do not extinguish or modify any such rights.

IT IS SO ORDERED.

Dated: _____, 2013           _____

                                                                                 Michael A. Ponsor
                                                                                  United States District Judge

DATED: March 20, 2013

        MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

    By:  *John J. Egan*
        John J. Egan (BBO 151680)
        Stephen E. Spelman (BBO 632089)
        Egan, Flanagan and Cohen, P.C.
        67 Market Street, P.O. Box 9035
        Springfield, Massachusetts 01102
        Telephone: (413) 737-0260
        Fax: (413) 737-0121
        ejm@efclaw.com; ses@efclaw.com

        Of counsel:
        QUINN EMANUEL URQUHART & SULLIVAN, LLP

        Philippe Z. Selendy (admitted *pro hac vice*)
        Jennifer J. Barrett (admitted *pro hac vice*)
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000
        Fax (212) 849-7100

        A. William Urquhart (admitted *pro hac vice*)
        Harry A. Olivar, Jr. (admitted *pro hac vice*)
        Molly Stephens (admitted *pro hac vice*)
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        (213) 443-3000
        Fax (213) 443-3100

By  */s/ Jeffrey L. McCormick*
Jeffrey L. McCormick (BBO #329740)
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Telephone: (413) 732-2301
Fax: (413) 785-4658
jmccormick@robinsondonovan.com


Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
rbaron@cravath.com
kdemasi@cravath.com
wearnhardt@cravath.com

*Counsel for Defendant J.P. Morgan Securities LLC*


By  */s/ Jeffrey R. Rudman*
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone (617) 526-6000
Fax (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
christoper.zimmerman@wilmerhale.com

*Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.*

By  */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
     COLLORA LLP
     100 High Street, 20th Floor
     Boston, Massachusetts 02110
     Telephone: (617) 371-1000
     Fax: (617) 371-1037
     kweinman@collorallp.com
     aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 455-2000
   Fax: (212) 455-2502
   trice@stblaw.com
   dwoll@stblaw.com
   aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc. and RBS Securities Inc.*


By  */s/ Mark A. Berthiaume*
  Mark A. Berthiaume (BBO #041715)
   GREENBERG TRAURIG, LLP
   One International Place
   Boston, Massachusetts 02110
   Telephone: (617) 310-6007
   Fax: (617) 310-6001
   berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, NY 10004-2498
   Telephone: (212) 558-4000

        Fax:  (212) 558-3588
        klapperr@sullcrom.com
        reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of March, 2013.

*/s/ John J. Egan*

John J. Egan