UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 3:11-cv-30285-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my withdrawal of appearance as attorney for the plaintiff Massachusetts Mutual Life Insurance Company in the above-captioned matter.

              THE PLAINTIFF,
              By Its Attorneys

              */s/ Edward J. McDonough Jr.*
              Edward J. McDonough Jr., BBO #331590
              Egan, Flanagan and Cohen, P.C.
              67 Market Street, P.O. Box 9035
              Springfield, MA 01102-9035
              (413) 737-0260; Fax (413) 737-0121
              Email: ejm@efclaw.com

CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on March 25, 2013.

              */s/ Edward J. McDonough Jr.*
              Edward J. McDonough Jr.