UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC.; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>　　　　　　　　　　Defendants. | Civil Action No.  11-cv-30215 |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Nolan J. Mitchell as counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.

- 2 -

Dated: April 18, 2013

        WILMER CUTLER PICKERING HALE AND DORR LLP

        /s/ Nolan J. Mitchell
Jeffrey B. Rudman (BBO# 433380)
Andrea J. Robinson (BBO# 556337)
Adam J. Hornstine (BBO# 666296)
Darren Griffis (BBO# 675627)
Nolan J. Mitchell (BBO# 668145)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2013, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and by email to those indicated as non-registered participants.

                                    /s/ Nolan J. Mitchell
                                    Nolan J. Mitchell