**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30039-MAP |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DB STRUCTURED PRODUCTS, INC., et al. | ) ) | |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30044-MAP |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.), et al. | ) ) ) ) | |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30047-MAP |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DLJ MORTGAGE CAPITAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |

|   |   |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>           Defendants. | Civil Action No. 3:11-30048-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>           Defendants. | Civil Action No. 3:11-30094-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>           Defendants. | Civil Action No. 3:11-30126-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30127-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30141-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30215-MAP |

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| v. |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al., |
| Defendants. |

Civil Action No. 3:11-30285-MAP

**JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCOVERY SCHEDULE**

WHEREAS, pursuant to the March 5, 2013 Order in 3:11-cv-30039 (Dkt. No. 117), 3:11-cv-30044 (Dkt. No. 101), 3:11-cv-30047 (Dkt. No. 112), 3:11-cv-30048 (Dkt. No. 136), 3:11-cv-30094 (Dkt. No. 173), 3:11-cv-30126 (Dkt. No. 162) , 3:11-cv-30127 (Dkt. No. 89), 3:11-cv-30141 (Dkt. No. 95), the March 28, 2013 Order in No. 3:11-cv-30285 (Dkt. No. 141), and the April 10, 2013 Order in No. 3:11-cv-30215 (Dkt. No. 145) (collectively, the "Expert Scheduling Orders"), Plaintiff on April 12, 2013 designated and disclosed information concerning its sampling expert, Dr. Charles Cowan;

WHEREAS, the Expert Scheduling Orders permit Defendants to take Dr. Cowan's deposition and file their *Daubert* motion no later than May 21, 2013;

WHEREAS, Defendants noticed the deposition of Dr. Cowan, but counsel for the parties have been unable to identify a date on which participating counsel and the witness are available for the deposition prior to May 21, 2013;

WHEREAS, the parties have scheduled Dr. Cowan's deposition for May 21, 2013, and have agreed to minor adjustments to the Expert Scheduling Orders to allow Defendants time to finalize their *Daubert* motion following completion of the deposition;

1

WHEREAS, the scheduling adjustments do not alter the date by which all briefing on Defendants' *Daubert* motion will be completed (which remains July 2, 2013), or the date that the Court has set for a hearing on the motion (which remains July 11, 2013);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court, that the Expert Scheduling Orders be amended as follows:

i. Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 24, 2013. By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with Fed. R. Civ. P. 26(a)(2).

ii. Plaintiff, if it wishes, may take Defendant's expert's deposition and file its opposition to Defendants' *Daubert* motion by June 20, 2013, to which Defendants may reply by July 2, 2013.

IT IS SO ORDERED.

Dated: _____, 2013     _____

                                                                                         Michael A. Ponsor
                                                                                        United States District Judge

Dated: May 9, 2013

By:    */s/ Kathy B. Weinman*
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)
  COLLORA LLP
  100 High Street, 20th Floor
  Boston, Massachusetts 02110
  Telephone: (617) 371-1000
  Fax: (617) 371-1037
  kweinman@collorallp.com
  aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)

  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017
  Telephone: (212) 455-2000
  Fax: (212) 455-2502
  trice@stblaw.com
  dwoll@stblaw.com
  aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By:    */s/ Jeffrey L. McCormick*
     Jeffrey L. McCormick (BBO #329740)
     ROBINSON DONOVAN, P.C.
     1500 Main Street, Suite 1600
     Springfield, Massachusetts 01115
     Telephone: (413) 732-2301
     Fax: (413) 785-4658
     jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

     Of Counsel:

     Robert H. Baron (admitted *pro hac vice*)
     Daniel Slifkin (admitted *pro hac vice*)
     Karin A. DeMasi (admitted *pro hac vice*)
     J. Wesley Earnhardt (admitted *pro hac vice*)
        CRAVATH, SWAINE& MOORE LLP
        825 Eighth Avenue
        New York, NY 10019
        Telephone: (212) 474-1000
        Fax: (212) 474-3700
        rbaron@cravath.com
        dslifkin@cravath.com
        kdemasi@cravath.com
        wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
    MORRISON &FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone: (212) 468-8000
    Fax: (212) 468-7900
    jhaims@mofo.com
    ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
    KRAMER LEVIN NAFTALIS& FRANKEL LLP
    1177 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 715-9100
    Fax: (212) 715-8000
    djames@kramerlevin.com
    jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
    BRUNE& RICHARD LLP
    One Battery Park Plaza
    New York, NY 10004
    Telephone (212) 668-1900
    Fax: (212) 668-0315
    ttrzaskoma@bruneandrichard.com
    delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane*

*Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 765-1125
    pamela.chepiga@allenovery.com
    allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By: */s/ Philip A. O'Connell, Jr.*
Philip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By: */s/ Michael Pastore*
Michael Pastore (BBO #669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Fax: (617) 310-6001
pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By: */s/ Jonathan Sablone*
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1342
Fax: (866) 947-1729
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

9

By:   */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, Massachusetts 02110
    Telephone: (617) 310-6007
    Fax: (617) 310-6001
    berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
    125 Broad Street
    New York, NY 10004-2498
    Telephone: (212) 558-4000
    Fax: (212) 558-3588
    klapperr@sullcrom.com
    reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By: */s/ Gary R. Greenberg*
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Fax: (617) 310-6001
greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com
charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By:   */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
    LYNE, WOODWORTH & EVARTS LLP
    12 Post Office Square
    Boston, Massachusetts 02109
    Telephone: (617) 523-6655
    Fax: (617) 248-9877
    JRyan@lwelaw.com

Of Counsel:

John M. Conlon (admitted *pro hac vice*)
Michael O. Ware (admitted *pro hac vice*)
Allison J. Zolot (admitted *pro hac vice*)
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019-5820
    Telephone: (212) 506-2500
    Fax: (212) 262-1910
    jconlon@mayerbrown.com
    mware@mayerbrown.com
    azolot@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350
    dmarshall@bsfllp.com
    amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue, N.W.
    Washington, DC 20015
    Tel: (212) 237-2727
    Fax: (212) 237-6131
    jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
 BOIES, SCHILLER & FLEXNER LLP
 333 Main Street
 Armonk, NY 10504
 Tel: (914) 749-8200
 Fax: (914) 749-8300
 enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White and Jon Voigtman*

By:   */s/ Andrea J. Robinson*
     Jeffrey B. Rudman (BBO #433380)
     Andrea J. Robinson (BBO #556337)
     Adam J. Hornstine (BBO #666296)
     Nolan Mitchell (BBO # 668145)
     Darren Griffis (BBO #675627)
     Harriet Hoder (BBO # 679416)
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel:  (617) 526-6000
        Fax:  (617) 526-5000
        jeffrey.rudman@wilmerhale.com
        andrea.robinson@wilmerhale.com
        adam.hornstine@wilmerhale.com
        nolan.mitchell@wilmerhale.com
        darren.griffis@wilmerhale.com
        harriet.hoder@wilmerhale.com

*Counsel for Banc of America Securities LLC,*
*Merrill Lynch, Pierce, Fenner & Smith Inc.,*
*George G. Ellison, and Mark I. Ryan*

EGAN, FLANAGAN AND COHEN, P.C.

By: /s/ *Edward J. McDonough Jr.*
    Edward J. McDonough Jr. (BBO 331590)
    Stephen E. Spelman (BBO 632089)
    Egan, Flanagan and Cohen, P.C.
      67 Market Street, P.O. Box 9035
      Springfield, Massachusetts 01102
      Telephone: (413) 737-0260
      Fax: (413) 737-0121
      ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000
    Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

16

## CERTIFICATE OF SERVICE

       I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2013.

                                                     */s/ Kathy B. Weinman*
                                                       Kathy B. Weinman